THIS ORDER IS APPROVED.

Dated: October 28, 2009

JAMES M. MARLAR
Chief Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15109/0614052306

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bryan W. Tolbert and Rebekah Tolbert<br>  Debtors.<br><br>WFDS 936<br><br>  Movant,<br>    vs.<br><br>Bryan W. Tolbert and Rebekah Tolbert,Debtors;<br>Dianne C. Kerns, Trustee,Trustee.<br><br>  Respondents. | No. 4:09-bk-12468-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Relating to docket #14) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT